THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Hayes Polite, Appellant.
 
 
 

Appeal From Jasper County
Howard P. King, Circuit Court Judge
Unpublished Opinion No. 2009-UP-485
Submitted October 1, 2009  Filed October
 15, 2009    
APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Hayes Polite appeals his probation revocation, arguing
 the trial court erred in revoking his probation because insufficient evidence
 existed to support the revocation, and the trial court did not make a finding
 that Polite's failure to pay fines and fees was willful.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.  
Hearn, C.J., Konduros, and Lockemy, JJ.,  concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.